JWV/JBF: MAY 2012
DTF GJ#    7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No. |
| ) | |
| TAVARES ANDREL NORMAN     ) | |
|        and                ) | |
| SHENEKA NICHOLE WOODRUFF  ) | |

## **I N D I C T M E N T**

**<u>COUNT ONE</u>:**   **[21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B)]**

The Grand Jury charges:

That from on or about the 19th day of March, 2012, until on or about the 3rd day of April, 2012, more exact dates being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama and elsewhere, the defendants,

**TAVARES ANDREL NORMAN
and
SHENEKA NICHOLE WOODRUFF,**

did knowingly, intentionally and unlawfully conspire and agree with each other and others, both known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully possess with the intent to distribute and distribute 100 grams or more of a mixture and substance containing a detectable amount of

heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

**COUNT TWO:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 19th day of March, 2012, in Jefferson County, within the Northern District of Alabama, the defendants,

**TAVARES ANDREL NORMAN**
**and**
**SHENEKA NICHOLE WOODRUFF,**

did knowingly, intentionally and unlawfully distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT THREE:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]**

The Grand Jury charges that:

On or about the 3rd day of April, 2012, in Jefferson County, within the Northern District of Alabama, the defendants,

**TAVARES ANDREL NORMAN**
**and**
**SHENEKA NICHOLE WOODRUFF,**

did knowingly, intentionally and unlawfully distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL

/s/
FOREMAN OF THE GRAND JURY         JOYCE WHITE VANCE
                                  United States Attorney

                                  /s/
                                  JOHN B. FELTON
                                  Assistant United States Attorney