FILED
2012 Jun-18 PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **-v-** | ) | **2:12-CR-195-LSC-RRA** |
| | ) | |
| **TAVARES ANDREL NORMAN** | ) | |

## INFORMATION: TITLE 21, UNITED STATES CODE, SECTION 851 RELATING TO PREVIOUS FELONY CONVICTION FOR DRUGS

The United States Attorney charges:

That the defendant, Tavares Andrel Norman who is currently under Indictment in the above-styled and numbered case, was convicted on May 19, 2000, in the United States District Court for the District of South Carolina, of the offense of Possession With the Intent to Distribute and/or Distribution of a Controlled Substance, in case number 7:99-845-1, and was convicted on June 19, 2000, in the United States District Court for the District of South Carolina, of the offense of Possession With the Intent to Distribute and/or Distribution of a Controlled Substance, in case number 6:99-529-1, the said convictions constitutes "prior conviction for a felony drug offense" for purposes of enhanced penalty pursuant to Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B), and 851.  (***See Attached Convictions***)

Respectfully submitted this the 18th day of June, 2012.

        JOYCE WHITE VANCE
        United States Attorney

        **/s/ Brad Felton**
        JOHN B. FELTON
        Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the defendant by mailing a copy of same this date by First Class, United States mail, postage prepaid, to his attorney of record, and I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Michael Barclay
jmbarclay@jmbarclaylaw.com

        **/s/ Brad Felton**
        JOHN B. FELTON
        Assistant United States Attorney