# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) | CASE NUMBERS: |
| v. | ) | 2:12-CR-195-LSC-RRA |
| TAVARES NORMAN, | ) | |
| *Defendant*. | ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel, JOHN C. ROBBINS, and hereby moves this Honorable Court to enter an Order allowing him to withdraw from representation of the Defendant in the above-styled case. As grounds therefore, he respectfully shows unto the Court as follows:

1. The undersigned counsel has been advised that the Defendant has retained John Michael Barclay to represent him in this matter. Attorney Barclay has filed a Notice of Appearance in connection with the above matter.

RESPECTFULLY SUBMITTED,

/s/ John C. Robbins
John C. Robbins

**OF COUNSEL:**
ROBBINS LAW FIRM
2031 Second Avenue North
Birmingham, AL 35203
(205) 320-5270
(205) 879-1247 *facsimile*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing via electronic filing this the 29th day of June, 2012.

/s/ John C. Robbins
OF COUNSEL